

THE CITY OF NEW YORK

**LAW DEPARTMENT**

MICHAEL A. CARDOZO
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

D. ALAN ROSINUS
phone: 212-788-8316
fax: 212-788-0940
email: arosinus@law.nyc.gov

August 22, 2008

**BY HAND**

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

Re: Shaw v. New York City Dep't of Corr. et al.,
08 Civ. 3997 (SHS)(JCF)

Dear Judge Stein:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel Michael A. Cardozo, assigned to represent Defendants New York City Department of Correction ("DOC") and Martin F. Horn, Commissioner of DOC, in the above captioned matter. As an initial matter, upon information and belief, it appears that these are the only Defendants who have been properly served to date. I write to respectfully request a 30 day extenstion of time for Commissioner Horn and the DOC to respond to the Complaint in this matter, from August 26, 2008, until September 25, 2008.

The additional time is necessary to investigate Plaintiff's factual allegations and legal claims, and to prepare Defendants' response to the Complaint.

This is the first request for an extension of time in this matter. As plaintiff is incarcerated and proceeding pro se, I was not able to obtain his prior consent to this request.

Thank you for your consideration of this request for an extension of time to respond to the Complaint until September 25, 2008.

Respectfully,

David A. Rosinus, Jr. (DR 2311)
Assistant Corporation Counsel

cc: By overnight mail
Michael David Shaw
#895-07-01612
Plaintiff pro se
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, New York 11370

By hand
Hon. James C. Francis
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007

8/28/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

2