Mr. Michael Shaw 05A0127
Auburn Correctional Facility
135 State Street Box 618
Auburn, New York 13021

United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 230
New York, New York 10007



MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

DATE: August 15, 2008

RE: Michael David Shaw v. N.Y.C. Department of Corrections, etal

No. 08 Civ. ~~3779~~ 3997

Judge Assigned: Sidney H. Stein

Judge Stein:

    I am writing this correspondence to you because I've run into a bit of a problem in regards to serving the defendant's the summonses and the copy of the complaint. As you are aware I was on Rikers Island when I received the packet with all of the information to serve the defendant's in the above-entitled lawsuit.

    I put the copies in a friends hands and requested from him to pay a professional process server to serve the defendant's, but he did not do what I requested of him. It took me some time to actually track this so called friend down and when I did he told me that his lawyer told him that he could send serve the defendant's by Certified Mail return reciept, and that is what he did without my knowledge.

    I know from reading the booklet that was sent to me with the copies of the lawsuit and summonses that cirtified mail return receipt could only be used as a last resort and I would have to get permission from the court to do so. Judge Stein it was my error putting these papers in the hands of an irresponsible person and that I will have to deal with if you choose to dismiss this lawsuit, but I request to you that you take in to consid-

eration that I had no way of serving the defendant's from my standpoint and reached out to someone whom I thought that was responsible enough to carry out a simple task of hirering a professional process server to send the paperwork to the defendant's.

I am at the mercy of this Court and pray that I will be able to proceed with this action. I also want to note that the person who sent the copies of the summonses and complaints sent the mail out with my name and address on the front of the green card so that the information came back to me. I will send you a copy of all of the paperwork in regards to the defendants being served when I receive the last two comformations that they too were served.

Thanking you in advance for any consideration in this matter!

> 8/29/08
> Plaintiff's time to serve the remaining defendants is extended to October 31, 2008 pursuant to Fed. R. Civ. P. 4(m).
>
> SO ORDERED,
> James C. Francis IV
> USMJ

Very respectfully yours,

Michael David Shaw 05A0177
Plaintiff Pro. Se.

Sworn to before me on the
15th day of August, 2008

_____
NOTARY PUBLIC

cc: File

ANDREA ABBOTT
Notary Public, State of New York
Qualified in Onondaga County
No. 01AB5074418
Commission Expires March 17, 2011