UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

MICHAEL DAVID SHAW,

                                    Plaintiff,

                -against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS; MR. MARTIN F. HORN,
COMMISSIONER; MR. MICHAEL HOURIHANE;
WARDEN A.M.K.C./C-95; and NEW YORK CITY
HEALTH & HOSPITAL CORP.,

                             Defendants.

------------------------------------------------------------------- x

**REVISED
SCHEDULING
ORDER**

08 Civ. 3997 (SHS)(JCF)

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 5/8/09 |

JAMES C. FRANCIS IV, United States Magistrate Judge:

The following revised scheduling order is hereby adopted:

        1) Defendants shall serve and file any supplemental papers for their converted

motion for summary judgment by June 17, 2009.

        2) Plaintiff shall serve and file any response by July 1, 2009.

        3) No further extension.

**SO ORDERED.**

Dated:      New York, New York
                   May 8, 2009

                                              James C. Francis IV

                                          JAMES C. FRANCIS IV
                                          United States Magistrate Judge