UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MICHAEL DAVID SHAW,

                              Plaintiff,

          -against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS, *et al.*,

                             Defendants.

------------------------------------------------------------------- x

**ORDER**

08 Civ. 3997 (SHS)(JCF)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/10

JAMES C. FRANCIS IV, United States Magistrate Judge:

      IT IS HEREBY ORDERED that: (1) the Superintendant, or other official in charge of the Auburn Correctional Facility, 135 State Street, Auburn, New York, 13024-9000, shall provide inmate Michael David Shaw, #05-A-0177, a room with videoconference capabilities so that he may participate in a videoconference with the court and counsel to the defendants at 10:00 a.m. on January 20, 2010; (2) plaintiff Michael David Shaw shall appear in a room with videoconference capabilities, designated by the Superintendent, or other official in charge of the Auburn Correctional Facility, to participate in said videoconference; and (3) Assistant Corporation Counsel David A. Rosinus, Jr. is directed to serve a copy of this Order on

the Superintendant, or other official in charge of the Auburn Correctional Facility, expeditiously.

**SO ORDERED.**

Dated:   New York, New York
         January 14, 2010

JAMES C. FRANCIS IV
United States Magistrate Judge